UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Al H. Zayid

Plaintiff,

vs.

Sodexho Marriott Management, Inc., a foreign corporation, ad Sodexho Marriott Services, Inc., a foreign corporation,

Defendant.

Civil No. 00-CU-1517 (MJD/JGL)

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND PROPOSED ORDER**

The parties, through their respective counsel, jointly stipulate to the request that the Court extend the time for the Defendants to answer or otherwise respond until July 21, 2000.

Dated: July 10, 2000

STEPHEN C. FIEBIGER & ASSOCIATES, CHARTERED

Stephen C. Fiebiger (#149664)
Suite 106
2500 West County Road 42
Burnsville, MN 55337
(952) 746-5171

Dated: July 10, 2000

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston (#139804)
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

FILED ____________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

**ORDER**

Pursuant to the above stipulation, it is so ordered.

Dated: July 11, 2000

Jonathan G. Lebedoff
United States Magistrate Judge