UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1517 MJD/JGL

AL H. ZAYID,

Plaintiff,

v.

**PRETRIAL ORDER**

SODEXHO MARRIOTT MANAGEMENT, ET AL.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is 3-4 days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 15, 2000;

3. Plaintiff shall disclose all expert witnesses by March 1, 2001 and reports by April 1, 2001, and Defendants shall disclose all expert witnesses by March 1, 2001 and reports by April 1, 2001;

4. The period during which the parties may seek discovery shall be completed by June 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to July 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to October 1, 2001; and

7. This case will be considered "ready for trial" as of October 1, 2001.

DATED: September 6, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed SEP 0 6 2000
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________