**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**AL H. ZAYID,**

Plaintiff,

v.

**SODEXHO MARRIOTT MANAGEMENT, INC.; SODEXHO MARRIOTT SERVICES, INC.; and SODEXHO AMERICA, LLC ,**

Defendants.

---

Civil No. 00-1517 (MJD/JGL)

**O R D E R**

APPEARANCES

Stephen Charles Fiebiger, Esq., for Plaintiff.

David J. Duddleston, Esq., for Defendants.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on March 1, 2001 on Stephen Charles Fiebiger's Motion to Withdraw as Counsel for Plaintiff (Doc. No. 20). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

MAR 05 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Subsequent communications from Mr. Fiebiger and Plaintiff reveal that the motion has become moot, and the motion is therefore denied as moot.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Stephen Charles Fiebiger's Motion to Withdraw as Counsel for Plaintiff (Doc. No. 20) is **DENIED AS MOOT.**

Dated: March 2, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge