**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Al H. Zayid,

Plaintiff,

vs.

Sodexho Marriott Management, Inc. a foreign corporation, and Sodexho Marriott Services, Inc., a foreign corporation,

Defendants.

Case No. 00-CV-1517 (MJD/JGL)

**ORDER**

---

Based upon the foregoing Stipulation, it is ordered that the above matter is dismissed with prejudice, and without costs to either party.

IT IS SO ORDERED:

Dated: March 26, 2001.

United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Al H. Zayid,

Plaintiff,

vs.

Sodexho Marriott Management, Inc. a foreign corporation, and Sodexho Marriott Services, Inc., a foreign corporation, and Sodexho America, LLC,

Defendants.

Case No. 00-CV-1517 (MJD/JGL)

**STIPULATION OF DISMISSAL WITH PREJUDICE.**

The above-entitled claim having been fully compromised and settled, it is hereby stipulated and agreed by and between the parties, through their respective undersigned counsel of record, that the same, including all claims which were or could have been asserted therein, may be dismissed on its merits with prejudice and without costs to either party pursuant to a private settlement agreement.

Dated: March X, 2001

STEPHEN C. FIEBIGER & ASSOCIATES, CHARTERED

Stephen C. Fiebiger, Esq.
2500 West County Road 42, Suite 106
Burnsville, MN 55337
(952) 746-5171

ATTORNEYS FOR PLAINTIFF

Dated: March 14, 2001

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston (#139804)
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANTS

EXHIBT A